**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF OKLAHOMA**

IN RE:                                                    }
WEBB, THOMAS JOE, and WEBB, TAMMIE    }          Case No. 12-81694
LYNN                                                     }          Chapter 7
                          *Debtor(s).*                   }

**MOTION FOR AUTHORITY TO SELL PROPERTY OF THE ESTATE**
**BY PUBLIC  SALE, AND NOTICE OF PROPOSED SALE , FREE AND**
**CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS**

COMES NOW Gerald R. Miller, Trustee, by and through his attorney, Gerald R. Miller, and for his

Motion for Authority to Sell Property of the Estate by Public Sale, Free and Clear of all Liens, Claims,

Encumbrances and Interests, and Notice of Proposed Sale, states as follows:

1.        The Debtor's voluntary Chapter 7 petition was filed on November 30, 2012, in the Eastern

District of Oklahoma.

2.        The Trustee desires to sell all of the bankruptcy estate's right, title, and interest in and to the

following described property, to wit:

> Any and all of the interests of Debtors, Thomas Joe Webb and Tammie
> Lynn Webb, in and to all of the oil, gas,  and other minerals of every kind
> and character lying in, under and which may be produced from the Debtor's
> interest in the following described property, to wit:
>
> N/2 SE/4 NE/4 and NE/4 SW/4 NE/4 of Section 24, Township 1 North,
> Range 1 West, Garvin County, Oklahoma
> (hereinafter the "Property.")

 The Trustee proposes to sell said Property by public sale upon proper notice, free and clear of all liens,

claims, encumbrances, and interests.

3.        Dakil Auctioneers, Inc. was appointed auctioneer in this matter by the Court's order of March

29, 2013, and is prepared to sell the Property at public auction upon proper notice.

4.         The Trustee desires to sell said Property at public auction at 10:00 a.m. on June 11, 2013,

at 200 N.W. 114th Street, Oklahoma City, OK 73114, free and clear of all liens, claims, encumbrances, and

interests of any party, and requests that the Court enter an Order authorizing  him to do so.

5.        Notice is hereby given to all interested parties that Gerald R. Miller, Trustee herein, pursuant

to Bankruptcy Rules 2002 (a)(2) and 6004 (a)(e)(1), proposes to sell, other than in the ordinary course of business, the Property as herein described at public auction at 10:00 a.m. on June 11, 2013, at 200 N.W. 114th Street, Oklahoma City, OK 73114, free and clear of all liens, claims, encumbrances, and interests of any party.

WHEREFORE, the Trustee applies to the Court for an order approving the sale of the Property as herein described at public auction at 10:00 a.m. on June 11, 2013, at 200 N.W. 114th Street, Oklahoma City, OK 73114, free and clear of all liens, claims, encumbrances, and interests of any party. Notice of said proposed sale is hereby given to all interested parties.

GERALD R. MILLER, PC

BY: s/Gerald R. Miller
Gerald R. Miller, OBA #6205
112 N. 7th Street, P.O. Box 2667
Muskogee, OK 74402-2667
(918) 687-1347
Attorney for Trustee